# BURSOR & FISHER
P.A.

**888 SEVENTH AVENUE**
**NEW YORK, NY 10019**
www.bursor.com

YITZCHAK KOPEL
Tel: **646.837.7510**
Fax: **212.989.9163**
ykopel@bursor.com

<u>Via ECF</u>

Hon. Philip M. Halpern
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

> Application granted. The pre-motion conference is adjourned to 7/28/20 at 10:30 a.m.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: New York, New York
> July 15, 2020

Re:   Booker et al. v. E.T. Browne Drug Co., Inc., 7:20-cv-03166-PMH

Dear Judge Halpern:

I represent Plaintiffs Chezaree Booker and Qwonjit Nelson in the above action. I write pursuant to Rules 1.B and 1.C of Your Honor's Individual Practices in Civil Cases to request an adjournment of the Court's July 22, 2020 pre-motion conference (ECF No. 14). The basis for this request is that the conference conflicts with a court hearing scheduled in a different matter. This is the Plaintiffs' first request for an adjournment and Defendant consents to the request.

I have conferred with defense counsel and have determined that the parties are available to reschedule the conference for any time during the afternoons of July 28 and 30, and August 3, subject to Court availability.

                                                                    Respectfully,

                                                                    Y. Kopel

                                                                    Yitzchak Kopel

1