**VENABLE** LLP

> Application denied. The initial pretrial conference will proceed as scheduled. The parties may engage in settlement negotiations and mediation as they proceed into discovery.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 30.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>             November 23, 2021

November 22, 2021

The Hon. Philip M. Halpern
United States District Court
300 Quarropas Street
White Plains, NY 10601-4150

Re: *Booker et al. v. E.T. Browne Drug Co., Inc.*, Case No. 7:20-cv-03166 (PMH)
    Joint Request to Adjourn Initial Case Management Conference

Your Honor:

We represent E.T. Browne Drug Co., Inc. ("E.T. Browne") in the above referenced matter. Along with counsel for Plaintiffs Chezaree Booker and Qwonjit Nelson, we write jointly, pursuant to paragraph 1.C of Your Honor's Individual Practice and Rules, to request adjournment of the Initial Case Management Conference set for December 22, 2021 and related deadlines.

The parties are engaged in settlement discussions and have agreed to participate in a mediation in an attempt to completely resolve Plaintiffs' claims. The parties therefore jointly and respectfully request an adjournment of the initial conference to a date approximately 30 days following the mediation in order to conserve party and judicial resources.

Counsel for Plaintiffs join in this request and the parties are available for an initial conference on the following dates: Feb. 15, 2022; Feb. 16, 2022; or Feb. 18, 2022. The parties will inform the Court if the matter is resolved before the date of the rescheduled initial conference.

Respectfully Submitted,

Angel A. Garganta
(*pro hac vice*)