UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHEZAREE BOOKER and QWONJIT NELSON, on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

E.T. BROWNE DRUG CO. INC.

        Defendants.

Civil Action No. 7:20-cv-03166 (PMH)

**JOINT STIPULATION TO DISMISS WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel of record, that:

The action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO STIPULATED.

Dated: March 4, 2022

**BURSOR & FISHER, P.A.**

By: _/s/ Yitzchak Kopel_
Yitzchak Kopel

*Attorney for Plaintiff*

Dated: March 4, 2022

**VENABLE LLP**

By: _/s/ Angel A. Garganta_
Angel A. Garganta

*Attorney for Defendant*

---

SO ORDERED.

_/s/ Philip M. Halpern_
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
        March 9, 2022